OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 31, 2005

**Daniel J. DeFranceschi**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Albert Theodore Powers, III**
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

**Noel C. Burnham**
Montgomery, McCracken, Walker & Rhoads
300 Delaware Avenue
Suite 750
Wilmington, DE 19801

**Frank J. Perch, III**
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801
PRO SE

RE:   In Re: Kaiser Aluminum et al
      CA 04-310 JJF

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by September 7, 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

By: _____
Deputy Clerk

Enc.

## Redacted Version of Docket Sheet

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00310-JJF
## Internal Use Only

In Re: Kaiser Aluminum etal v. , et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0

Case in other court:    USBK/DE, 02-10429JKF

USBK/DE, AP04-36

Date Filed: 05/14/2004
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

Cause: 28:0158 Bankruptcy Appeal from Judgment/Order

**Debtor**

**Kaiser Aluminum etal**              represented by **Daniel J. DeFranceschi**
                                       Richards, Layton & Finger
                                       One Rodney Square
                                       P.O. Box 551
                                       Wilmington, DE 19899
                                       (302) 651-7700
                                       Fax: 302 651 7701
                                       Email: defranceschi@rlf.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Appellant**

**Russian Aluminium**                  represented by **Albert Theodore Powers, III**
                                       Skadden, Arps, Slate, Meagher & Flom
                                       One Rodney Square
                                       P.O. Box 636
                                       Wilmington, DE 19899
                                       (302) 651-3000

                                                Email: tpowers@skadden.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

V.

**Appellee**

| | |
|---|---|
| **Kaiser Aluminum Corp** | represented by **Daniel J. DeFranceschi** |
| | (See above for address) |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |

**Appellee**

| | |
|---|---|
| **Hydro Aluminum Jamaica, A.S.** | represented by **Noel C. Burnham** |
| | Montgomery, McCracken, Walker & Rhoads |
| | 300 Delaware Avenue |
| | Suite 750 |
| | Wilmington, DE 19801 |
| | (302) 504-7890 |
| | Fax: (302) 504-7820 |
| | Email: nburnham@mmwr.com |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |

**Trustee**

| | |
|---|---|
| **Frank J. Perch, III** | represented by **Frank J. Perch, III** |
| | Office of the U.S. Trustee |
| | 844 King Street |
| | Suite 2313 |
| | Wilmington, DE 19801 |
| | PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2004 | 4 | DESIGNATION and Designated Record by Kaiser Aluminum Corp of record on appeal (binder 1 of 2 w/items 1-11; item 9 SEALED) (mwm) (Entered: 05/14/2004) |